**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BRUNO AMIN MALDONADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES COUNTY SHERIFFS, et al.,<br><br>　　　　Defendant. | No. CV 09-9039-SVW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: April 18, 2012

　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE