# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO AMIN MALDONADO,<br><br>    Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFFS, et al.,<br><br>    Defendant(s). | No. CV 09-9039-SVW (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: April 18, 2012

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE